

1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA
10  SOUTHERN DIVISION

11  UNITED STATES OF AMERICA,  )  Case No. SA 22-00560M
12                Plaintiff,  )  ORDER OF DETENTION AFTER
13         v.                 )  HEARING [Fed. R. Crim. P. 32.1(a)(6);18
                              )  U.S.C. § 3143(a)]
14  DAVID SKEA,               )
15                            )
16                Defendant.  )
17

18      The defendant having been arrested in this District pursuant to a warrant issued by
19  the United States District Court for the Southern District of California, for alleged violations
20  of the terms and conditions of his supervised release; and
21      The Court having conducted a detention hearing pursuant to Federal Rule of
22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23      The Court finds that:
24  A.   ( X ) The defendant has not met his burden of establishing by clear and convincing
25        evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This
26        finding is based on:
27        *Instant allegations, no bail resources.*
28        and

B.   ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *Criminal history, instant allegations.*

IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings and/or transfer to the charging district.

Dated: 8-17-2022

DOUGLAS F. McCORMICK
United States Magistrate Judge